**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**PIDY T. TIGER,**

                        **Petitioner,**

           v.                          **CASE NO. 19-3088-JWL-JPO**

**SAM CLINE,**

                        **Respondents.**

## MEMORANDUM AND ORDER

This matter is a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 that has been stayed pending Petitioner's exhaustion of available state-court remedies. (*See* Doc. 9.) . Petitioner has now advised the Court that the relevant claim has now been exhausted in state court and he asks the Court to allow supplemental briefing on his argument that the state court's ruling was contrary to clearly established federal law. (Doc. 11.) The request is granted. The Court will lift the stay of this matter and it will grant Petitioner to and including October 24, 2022, to submit supplemental briefing regarding his newly exhausted claim, which is identified as Ground Five in the operative amended petition. (See Doc. 6, p. 23.)

**IT IS THEREFORE ORDERD** that the stay of this matter is lifted and Petitioner is granted until and including October 24, 2022 to submit additional briefing.

**IT IS SO ORDERED.**

DATED:   This 22nd day of September, 2022, at Kansas City, Kansas.

                                              S/ James P. O'Hara

                                              JAMES P. O'HARA
                                              United States Magistrate Judge