# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**PIDY T. TIGER,**

                      **Petitioner,**

        v.                              **CASE NO. 19-3088-JWL-JPO**

**SAM CLINE,**

                      **Respondent.**

## MEMORANDUM AND ORDER

This matter is a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, filed by Kansas prisoner Pidy T. Tiger, who proceeds pro se and in forma pauperis. On September 29, 2021, this Court stayed this matter pending exhaustion of state court remedies on an unexhausted ground for relief. (Doc. 9.) Petitioner's state court proceedings are complete, the Court has lifted the stay, and Petitioner has briefed the newly exhausted ground. (Docs. 11, 12, and 13.) The Court finds that:

1. Petitioner is presently a prisoner in the custody of the State of Kansas; and

2. Petitioner demands his release from such custody, and as grounds therefore alleges that he is being deprived of his liberty in violation of his rights under the Constitution of the United States, and he claims that he has exhausted all remedies afforded by the courts of the State of Kansas.

**IT IS THEREFORE ORDERED**

1. That Respondent is hereby required to show cause within thirty (30) days from the date of this order why the writ should not be granted based on the arguments in the operative amended petition (Doc. 6) and the supplemental brief (Doc. 13).

2. That the response should present:

1

    a. The necessity for an evidentiary hearing on the grounds alleged in Petitioner's pleading; and

    b. An analysis of each of said grounds and any cases and supporting documents relied upon by Respondent in opposition to the same.

Respondent shall cause to be forwarded to this court for examination and review the following:

The records and transcripts, if available, of the criminal proceedings complained of by Petitioner; if a direct appeal of the judgment and sentence of the trial court was taken by Petitioner, Respondent shall furnish the records, or copies thereof, of the appeal proceedings and any subsequent postconviction proceedings.

3. That upon the termination of the proceedings herein, the clerk of this Court will return to the clerk of the proper state court all state court records and transcripts.

4. That Petitioner be granted thirty (30) days after receipt by him of a copy of Respondent's answer and return to file a traverse thereto, admitting or denying, under oath, all factual allegations therein contained.

5. That the clerk of this Court then return this file to the Honorable John W. Lungstrum for such other and further proceedings as may be appropriate; and that the clerk of this Court transmit copies of this order to Petitioner and to the office of the Attorney General for the State of Kansas.

**IT IS SO ORDERED.**

DATED:   This 5th day of October, 2022, at Kansas City, Kansas.

                                                    S/ James P. O'Hara
                                                    JAMES P. O'HARA
                                                    United States Magistrate Judge