IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

PIDY T. TIGER,

                              Petitioner,

       v.                                                    CASE NO. 19-3088-JWL

SAM CLINE,

                              Respondent.

## MEMORANDUM AND ORDER

      This matter is a pro se petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. Respondent filed his answer, or response to the petition, on January 31, 2023. (Doc. 28.) Petitioner filed his traverse on February 27, 2023. (Doc. 35.) On March 1, 2023, this Court stayed this matter and held it in abeyance pending a final order in the related state court appeal, Case Number 124,532. (Doc. 36.) Petitioner filed a status report on March 28, 2023, advising the Court that he had voluntarily dismissed the petition for review by the Kansas Supreme Court in Case Number 124,5342. (Doc. 37.) The online records of the Kansas Supreme Court reflect the same and show that a mandate has issued. The Court will therefore lift the stay of this matter.

      **IT IS THEREFORE ORDERED** that the stay of this matter is lifted. The Court will issue further orders as necessary.

      **IT IS SO ORDERED.**

      DATED:   This 28th day of March, 2023, at Kansas City, Kansas.

                                                               S/ John W. Lungstrum

                                                               JOHN W. LUNGSTRUM
                                                               United States District Judge